

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-15-00002-CR |
| State, | § | Appeal from the |
| v. | § | 409th District Court |
| DANIEL VILLEGAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 940D09328) |
| | § | |

**O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **June 4, 2015.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Natalie Martinez, Court Reporter for the 409th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **June 4, 2015.**

IT IS SO ORDERED this 12th day of May, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughez, JJ.